IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GS UPTOWN LOFTS, LLC<br>doing business as<br>Avana Uptown,<br><br>    Plaintiff,<br><br>    v.<br><br>KATRINA FOX<br> & ALL OTHER OCCUPANTS,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:16-CV-961-TWT |

**ORDER**

This is an dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of DeKalb County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of DeKalb County.

SO ORDERED, this 22 day of April, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge